United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Fawaz Shahid, Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Case No. 17-20203-Civ-Scola |
| United States Attorney General and others, Respondents. | ) |

**<u>Order Adopting Magistrate Judge's Report And Recommendation</u>**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On February 27, 2017, Judge White issued a Report, recommending that Petitioner Fawaz Shahid's petition for a writ of habeas corpus be dismissed as moot. (Report of Magistrate, ECF No. 9.) Shahid has not filed any objections to the report and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. As determined by Judge White, Shahid has been released from custody and therefore his petition is moot. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 9**). The Court **dismisses** the petition for writ of habeas corpus (ECF No. 1). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and Ordered** at Miami, Florida, on April 28, 2017.

_____
Robert N. Scola, Jr.
United States District Judge